Fee Due

**FILED**

KENNETH WAYNE FISHER II
FULL NAME

COMMITTED NAME (if different)

SANTA ANA JAIL M-88
FULL ADDRESS INCLUDING NAME OF INSTITUTION

PO BOX 22003

SANTA ANA, CA 92702
PRISON NUMBER (if applicable)

2020 MAR 26 PM 1:23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

SACV 20-00603-MWF (KK)
*To be supplied by the Clerk*

PLAINTIFF,

v.

US MARSHALLS SERVICE ET. AL.
BUREAU OF PRISONS ET. AL.
SANTA ANA JAIL, TECHCARE-NAPHCARE ET. AL
DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? ONE

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) I was on a KOSHER DIET AND IT WAS NOT BEING MET. I FILED A 1983 BUT WAS MOVED FROM FACILITY AND THE CASE WAS RULED ON IN MY ABSENSE

a. Parties to this previous lawsuit:
Plaintiff _BENTON COUNTY JAIL, BENTONVILLE ARKANSAS_

Defendants _BENTONVILLE COUNTY_

b. Court _WESTERN ARKANSAS_

c. Docket or case number _____

d. Name of judge to whom case was assigned _JUDGE BROWN_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _DISMISSED I DID NOT HAVE THE UNDERSTANDING_

f. Issues raised: _KOSHER REQUIREMENTS WERE NOT BEING FOLLOWED_

g. Approximate date of filing lawsuit: _2016_

h. Approximate date of disposition _2017_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

If your answer is no, explain why not _I HAVE BEEN FILING GREIVANCES BUT THE OFFICERS WHO WERE PRESENT DID NOT UNDERSTAND THE PROCESS OF SENDING THEM TO THE NEXT LEVEL_

3. Is the grievance procedure completed? ☐ Yes ☒ No

If your answer is no, explain why not _NO THEY KEEP SENDING ANSWERS SAYING SOMETHING IS GETTING DONE BUT THEY NEVER HAPPEN_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _KENNETH WAYNE FISHER II_
(print plaintiff's name)

who presently resides at _SANTA ANA JAIL M-88 PO BOX 22-003 SANTA ANA, CA 92702_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_US MARSHALL'S SERVICE, TERRE HAUTE IN. LEAVENWORTH KS, MDC-LA SANTA ANA JAIL_
(institution/city where violation occurred)
_BOP_

on (date or dates) _2017_____, _2019_____, _2020_____.
                   (Claim I)        (Claim II)       (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _US MARSHALLS SERVICE  ET AL_____ resides or works at
   (full name of first defendant)

   _CENTRAL DISTRICT OF CALIFORNIA , KANSAS_____
   (full address of first defendant)

   _AND INDIANA ,  MARSHALLS_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   _I HAVE BEEN MOVED MANY TIMES WHILE IN THE MIDDLE OF MEDICAL_
   _TREATMENTS PENDING, MARSHALLS SERVICE DENYING TO PROVIDE ME WITH_
   _                                              MEDICAL TREATMENTS_

2. Defendant _BEAURAU OF PRISONS, MDC-LA_____ resides or works at
   (full name of first defendant)

   _TERRE HAUTE INDIANA_____
   (full address of first defendant)

   _MEDICA STAFF_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   _I filed BP 10's to the office of the Reigons when they came back_
   _appoved so I could get the procedures done they moved me_

3. Defendant _SANTA ANA JAIL - TECH CARE   ET AL_____ resides or works at
   (full name of first defendant)

   _62 Civic Center plaza  Santa Ana, CA 902 92702_____
   (full address of first defendant)

   _MEDICAL STAFF  NAPHCARE_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   _I have been here since 8-21-19 and have needed medical procedures_
   _since I have been here, my pleas for help has been pushed aside_

---

4.  Defendant _____ resides or works at
      (full name of first defendant)

      _____
      (full address of first defendant)

      _____
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5.  Defendant _____ resides or works at
      (full name of first defendant)

      _____
      (full address of first defendant)

      _____
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**CIVIL RIGHTS COMPLAINT**

## D.  CLAIMS*

<div align="center">

**CLAIM I**

</div>

The following civil right has been violated:

- I HAVE NOT HAD PROPER MEDICAL TREATMENT, MY EYE SIGHT HAS BEEN GETTING WORSE AND WORSE BECAUSE I NEED TO HAVE THE LENS REPLACED DONE TO CORRECT VISION FROM PREVIOUS INJURY.

- I NEED TO HAVE DENTURES MADE AND HAVE BEEN CAUSING DAMAGE TO MY GUMS

- I HAVE HAD SEVERE PAIN IN MY STOMACH AND NEED A SURGERY TO FIX THE PROBLEM FROM A PREVIOUS INJURY AND HAVE MAJOR ISSUES FROM A MESH THAT WAS IMPLANTED

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

2016 I was sentanced to a 105 sentance, I was placed on a waiting list for Dentures, I was bounced from prison back to another District to face new charges. 2018 I was approved for the funding to get the Dentures made AT MDC-LA. I was placed in the S.H.U. and told I could not get them made while in the SPECIAL HOUSING UNIT because their policy said you had to be there for 1 year to recieve regular medical treatment, I filed paper work and was told I would be taken care of I was moved from that facility the next day

2017 while in custody of the BOP AT TERRE HAUTE U.S.P I was seen by the opthanltrist and was deemed to need corrective surgery. I saw a private Doctor took all the tests and an appointment was to be set, I got moved to another Federal while waiting for the surgery and told at my new facility that I never had the procedure done because

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Kenneth Wayne Fisher

2015 I was brought under the Marshalls care in Bentonville Arkansas

2016 I was seen by the medical staff at Beaumont U.S.P where I was put on a waiting list to have dentures made and seen by the optometrist

2016 I was transferred to Terre Haute U.S.P where I was still waiting for my number to come up on the waiting list for dentures but was seen by another Eye Doctor at the facility, I was deemed to need a surgery to have the lens of my eye replaced from a prior injury, I went outside of the facility to a Doctor's office and had several tests performed where the prognosis was surgery. I agreed that I was comfortable in having the operation done and there was an appointment to be made, I of course could not be told the day for security purposes. As time went on I started asking about if I was getting close, after many months I was transferred to another facility.

2017-18 At this new facility I was told that someone made a clerical error and the appointment was never set. While having to start this process all over again I was transferred to Kansas to be charged in another district for a new crime. I was in Kansas for 14 months and was fighting to get the Marshalls to approve my surgery, they even got a firm speaking to from the judge there saying don't let a 1983 come across my desk on this. I was sentenced and sent back to my facility in Louisiana and was brought to medical

2019 I was back in my Louisiana facility and brought up to medical where I was informed that I needed to go get a CT scan done due to the material that was implanted inside of me during a previous surgery where I had emergency surgery from a stab wound. She said the CT scan would come back negative but by their policy they had to do this first before I could get an ultra-sound done that would probably not show much but I needed to see a surgeon and this is the process. I have been complaining about abdominal pain, where Doctors said it's just something I had to deal with, that I had been through a serious event and there's nothing that can be done. Now there's something that can be done and that's the process. I was shipped to LA

2019-20 I was seen in MDC-LA where I was seen by yet another set of medical staff, the doctor there saw that I had to have a CT scan done and I explained the situation to him. I was also called to dental where the dentist said I needed to have an examination done for the assessment needing dentures

done. He said this probably won't happen there because that kind of thing will be taken of at my facility. Well I was at the top of the list, the national list, to have dentures made, and he started the process. Meanwhile the doctor I saw about my stomach, discarded the information I gave him because several months after going to get the CT scan done, I caught him in the unit I was in and he said the scan showed negative. I reminded him about the conversation I had with him about the process I was going through in the facility I came from. He said he would try to get it approved again, then several months later said it didn't go through. I filed the proper paper work and waited months. I kept asking the medical staff about my medical situation and got nowhere. I caught my unit manager and asked her about the forms I filed. She said I have to file new ones the other ones must have got lost. The medical staff kept telling me that while I was in the S.H.U I had to be there for a year before I could have any routine medical treatments done, that that was their policy. I filed the paperwork to the regional director and then one of the medical staff came up to the cell I was in and told me, 'sometimes even doctors make the wrong call, and in my case the doctor made a bad call and I got approved to go to the general surgeon to figure out what was next. At the same time the assistant warden came to my cell with the LT> of the special housing unit and said they were going to take care of my medical needs that the paperwork I filed came back approved, even the dentist told me I would be taken down to get the rest of the process done to make my dentures. I literally got shipped out of the facility the next day and brought to the Santa Ana jail.

2020 here in the Santa Ana jail I was told I had to start all over again and that they don't have a general surgeon on their payroll and that I had to start all over because the BOP facility I was in in Los Angeles wouldn't send my medical records. I have been sent to a GI doctor because I filed a grievance on medical and the NP was furious at me for filing this paper. I filed it because no one came to see me before I went to the ultra sound and the special instructions were wrong, they said to look at my pelvis area? Completely wrong area. The NP was yelling at me to pick either the GI doctor that they had or the general surgeon who they don't have? I am not seeking drugs for the pain all I want is to be fixed. Although I have filed many grievances and not getting results, or when I am unhappy with the results I say I want them pushed forward, I get the grievance back saying I refused to sign. So the grievance process is useless.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I need to have a cataract surgery done, have my Dentures made, and to see a general surgeon to fix this problem with the medical device from a previous surgery. I am in constant pain physically and mentally and Emotionally. I also believe I deserve monetary compensation for all three of those pains. I have been told at every step of the way that "Well you have to start all over." So many times that the phrase turns my stomach. Not only have the Marshalls Service has shirked this responsibility for so long that I feel like my pain and suffering are some common place joke. I have had to battle every step of the way, even the officers are telling me to bring legal action to solve this problem! I need a hold placed on me here to this facility and have these issues met once and for all.

2-19-2020
*(Date)*

Kenny Fisher
*(Signature of Plaintiff)*

# SANTA ANA JAIL
## INMATE REQUEST FORM

BOOKING # / NUMERO DE PRESO #: 1900002773   JID#: P- 219611   CELL # / CELDA #: 2

LAST, FIRST NAME / APELLIDO, PRIMER NOMBRE: FISHER KENNETH

MODULE / MODULO:   3A ☐   3B ☐   3C ☐   3D ☐   4A ☐   4B ☐   4C ☑   4D ☐   4E ☐   DH1 ☐   DH2 ☐

NOTE: For Jail issue exchange bring items to the officer for inspection. Only worn out items will be exchanged. (Si pide intercambio de articulos, presente articulos al oficial para inspeccionarlos. Solo articulos dañados seran reemplazados.

NATURE OF REQUEST / ASUNTO, PETICION: I WOULD LIKE TO TALK TO THE U/S MARSHALL'S REPRESENTIVE FOR THIS FACILITY IN REGAURDS TO MY MEDICAL SITUATION.

x _Kenny F_____    9-29-19
INMATES'S SIGNATURE / FIRMA    DATE / FECHA

---

### TO BE COMPLETED BY MODULE OFFICER

ACCEPTED / APROBADO ☐      DENIED / NEGADO ☑

### MODULE OFFICER UNABLE TO COMPLETE REQUEST, FORWARD TO

PROPERTY/ VAULT# ☐      CLASSIFICATION ☐      SECURITY ☐

RECORDS ☐      PROGRAMS ☐      MAIL ☐

SHIFT SUPERVISOR ☐      SPECIAL PROJECTS ☐      OTHER: _____

WHAT ACTION TAKEN / RESOLUCION: FOR ALL MEDICAL REQUESTS AND QUESTIONS FILL OUT A MEDICAL SLIP OR GRIEVANCE FORM

x _____    309 f      x _____    _____
OFFICER SIGNATURE    BADGE #      INMATE'S SIGNATURE / FIRMA    DATE / FECHA

---

### TO BE COMPLETED BY HANDLING OFFICER

CLOTHING ISSUED / ARTICULOS ENTREGADOS ☐    APPROVED / APROBADO ☐    OTHER / OTRO ☐

OUT OF STOCK/RE-SUBMIT / VUELVA A SOLICITAR ☐    DENIED / NEGADO ☐

RESPONSE TO REQUEST / RESPUESTA:

General Information
(202) 307-9100

x _____    _____      x _____    _____
CO / SUPERVISOR SIGNATURE    BADGE #      INMATES SIGNATURE / FIRMA    DATE / FECHA

# SANTA ANA JAIL
## INMATE REQUEST FORM

BOOKING # / NUMERO DE PRESO #: _____ JID#: P- _____ CELL # / CELDA #: _____

LAST, FIRST NAME / APELLIDO, PRIMER NOMBRE: _____

MODULE / MODULO:   3A ☐   3B ☐   3C ☐   3D ☐   4A ☐   4B ☐   4C ☐   4D ☐   4E ☐   DH1 ☐   DH2 ☐

NOTE: For Jail issue exchange bring items to the officer for inspection. Only worn out items will be exchanged. (Si pide intercambio de articulos, presente articulos al oficial para inspeccionarlos. Solo articulos dañados seran reemplazados.

NATURE OF REQUEST / ASUNTO, PETICION: _____
_____
_____
_____

X _____ _____
INMATES'S SIGNATURE / FIRMA                                              DATE / FECHA

---

### TO BE COMPLETED BY MODULE OFFICER

ACCEPTED / APROBADO ☒          DENIED / NEGADO ☐

## MODULE OFFICER UNABLE TO COMPLETE REQUEST, FORWARD TO

PROPERTY/ VAULT# ☐          CLASSIFICATION ☐          SECURITY ☐
RECORDS ☐                   PROGRAMS ☐               MAIL ☐
SHIFT SUPERVISOR ☐          SPECIAL PROJECTS ☐        OTHER: _____

WHAT ACTION TAKEN / RESOLUCION: _____
_____
_____
_____

X _____   _____   X _____   _____
OFFICER SIGNATURE      BADGE #          INMATE'S SIGNATURE / FIRMA      DATE / FECHA

---

### TO BE COMPLETED BY HANDLING OFFICER

CLOTHING ISSUED / ARTICULOS ENTREGADOS ☐   APPROVED / APROBADO ☐   OTHER / OTRO ☐

OUT OF STOCK/RE-SUBMIT / VUELVA A SOLICITAR ☐   DENIED / NEGADO ☐

RESPONSE TO REQUEST / RESPUESTA: _____
_____
_____
_____
_____

X _____   _____   X _____   _____
CO / SUPERVISOR SIGNATURE      BADGE #          INMATES SIGNATURE / FIRMA      DATE / FECHA

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 9/29/19 2100 | BC |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| FISHER, KENNETH | 01-20-76 | 4.C -CO/12 | I900002773 213611 | 09-29-19 |

**Complaint (Enfermedad)**

I need to see a health care provider for a problem with my stomac' from a previous surgery. I was scheduled to see a general surgen when I was brought here

**Inmate Signature (Recluso firma)** Kenny

| TRIAGE | **Action Taken** | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review<br>☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental<br>☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 9/29/19 2100 | | |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**A:**

**P:** SCHEDULED FOR MC one provider

**E:**

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | | 0330 |

**For Jail Use Only**

| NAPHCARE MEDICAL DEPARTMENT<br>SICK CALL REQUEST-MANAGED BY TECHCARE | | | Date and Time Received<br>10/10/19 @ 2045 | Received By<br>Quarie |
|---|---|---|---|---|

| Name (Nombre)<br>KENNETH FISHER | Date of Birth<br>(Fecha de Nacimiento)<br>01-20-1976 | Location/Unit<br>(Posicion/Unidad)<br>4-C-CELL2 | Inmate Number<br>(Recluso número)<br>1400002773<br>219611 | Today's Date (Edad)<br>10-10-19 |
|---|---|---|---|---|

**Complaint (Enfermedad)**

I was scheduled to see a surgen for a stomach problem while at MDC-LA and have now been here for over months and have not had any contact about this issue. so I need to see the DR here please.   *Inmate Signature (Recluso firma)* Kenny Fisher

| | **Action Taken** | ☐ Refer to Provider – Sick Call; | ☐ Refer to MH – Sick Call; | ☐ Refer to MH – Chart Review |
|---|---|---|---|---|
| **TRIAGE** | | ☐ Refer to Medical Records; | ☐ Refer to OB/GYN; | ☐ Refer to Dental |
| | | ☐ Refer to Optometry; | ☐ Nursing Protocol Initiated | ☐ Other: _____ |

| Face to Face Date<br>10/10/19 | Face to Face Time<br>2045 | Staff Signature<br>G. |
|---|---|---|

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

AT THAT TIME RECORDS WHERE ALSO REQUESTED

You WHERE SEEN BY NP ON 8/26/19 AND YOUR ABDOMINAL SX WAS ROLL...

**A:** WE RECEIVED A FAX from UNIVERSITY OF COLORADO HOSPITAL ON 9/29/19 STATING = NO RECORDS OF THIS PATIENT CAN BE fou...

**P:** FAX SENT ON 10/4/19 TER MEDICAL RECORDS AND NO ANSWER RECEIVED.

**E:** You WILL BE SEEN

| Nurses / Provider Signature | Date Completed<br>10/11/19 | Time Completed<br>0500 |
|---|---|---|

| **For Jail Use Only** |
|---|
| |

Jan 2019                 White – Chart      Canary – Inmate                 Sick Call Request – Bi Lingual

| NAPHCARE MEDICAL DEPARTMENT<br>SICK CALL REQUEST-MANAGED BY TECHCARE | | | Date and Time Received<br>10/13/19 0940 | Received By<br>LT |
|---|---|---|---|---|

| Name (Nombre)<br>KENNETH<br>FISHER | Date of Birth<br>(Fecha de Nacimiento)<br>01-20-76 | Location/Unit<br>(Posicion/Unidad)<br>4 C CUZ | Inmate Number<br>(Recluso número)<br>1900262773<br>319611 | Today's Date (Edad)<br>10-13-19 |
|---|---|---|---|---|

**Complaint (Enfermedad)**

I was Accepted here from MDC-LH and was supposed to go see a surgeon for stomach pain from a previous surgery. I am in great Pain from this issue and need to see the Physician ~~Kenny I~~

Inmate Signature (Recluso firma)

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;   ☐ Refer to MH – Sick Call;   ☐ Refer to MH Chart Review
☐ Refer to Medical Records;   ☐ Refer to OB/GYN;   ☐ Refer to Dental
☐ Refer to Optometry;   ☐ Nursing Protocol Initiated   ☐ Other: _____

| Face to Face Date<br>10/13/19 | Face to Face Time<br>0940 | Staff Signature<br>Lauren LVN |
|---|---|---|

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

Records have been requested from Jackson Hospital in Montgomery, Alabama + Colorado Springs CO. They are

A: not here yet.

P: We are waiting for records.

E:

| Nurses / Provider Signature<br>RN | Date Completed<br>10/13/19 | Time Completed<br>1347 |
|---|---|---|

**For Jail Use Only**

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | Date and Time Received 10·30·19 @ 2030 | Received By W |
|---|---|---|

| Name (Nombre) Kenneth Fisher | Date of Birth (Fecha de Nacimiento) 01-20-1976 | Location/Unit (Posicion/Unidad) 4 C | Inmate Number (Recluso número) 1400002773 219611 | Today's Date (Edad) 10-30-19 |
|---|---|---|---|---|

**Complaint (Enfermedad)**

I need to see medical for pain medication

Inmate Signature (Recluso firma)
Kenny

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated  ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| | | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P: Scheduled for evaluation. Please
provide more details. Where is pain
E: located, scale from 0-10. Thanks

| Nurses / Provider Signature RN | Date Completed 10/31/19 | Time Completed 0815 |
|---|---|---|

**For Jail Use Only**

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | | Date and Time Received | Received By |
|---|---|---|---|
| | | 10/31/19  9am | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| KENNETH FISHER | 11-20-1976 | 4-c-cell 2 | 19.00002773 219611 | 10-31-2019 |

**Complaint (Enfermedad)**

I came here from noc-cA and last night is the second night in a row that I
not get my ELILIL that is given to me for pain. I have severe pain in my stomach
from some undiagnosised issue. I was supposed to see a renal surgeon
I was brought here on Aug.2 19 I had a ray time 2 weeks ago and I still
talked to anyone. I have had many x rays in this area and a CTSCAN at noc-cA
in constant pain and need medical attention for
this issue.

**Inmate Signature (Recluso firma)** Kenny Fisher

| | **Action Taken** | |
|---|---|---|
| **TRIAGE** | ☐ Refer to Provider – Sick Call; ☐ Refer to Medical Records; ☐ Refer to Optometry; | ☐ Refer to MH – Sick Call; ☐ Refer to OB/GYN; ☐ Nursing Protocol Initiated | ☐ Refer to MH – Chart Review ☐ Refer to Dental ☐ Other:___ |

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 10/31/19 | 9am | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P: Renewed 30 days.

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RW/NP | 11/1/19 | 10H30 |

**For Jail Use Only**

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 9/20/19  2100 | BC |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| FISHER KENNETH | 01-20-76 | 4-C-cell2 | 1400002773 BAG11 | 09-29- |

**Complaint (Enfermedad)** I need to see a dentist, I come here from MDC-LA where I was approved to have dentures made and transfered here a week before my appointment

Inmate Signature (Recluso firma) Kenny _____

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; | ☐ Refer to MH – Sick Call; | ☐ Refer to MH – Chart Review |
|---|---|---|---|---|
| | | ☐ Refer to Medical Records; | ☐ Refer to OB/GYN; | ☐ Refer to Dental |
| | | ☐ Refer to Optometry; | ☐ Nursing Protocol Initiated | ☐ Other: _____ |

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 9/20/19  2000 | | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

A:

P: YM have been placed to have a dental evaluation. Dental is only on-site 1x/week

E: So please be patient. If you need a diet change, please place request on sick call

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 9/30/19 | 0715 |

| For Jail Use Only |
|---|
| |

Jan 2019              White – Chart      Canary – Inmate                    Sick Call Request – Bi Lingual

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | Date and Time Received 10/8/19 | Received By CC |
|---|---|---|

| Name (Nombre) Fisher, Kenneth | Date of Birth (Fecha de Nacimiento) 1/20/76 | Location/Unit (Posicion/Unidad) 4C02 | Inmate Number (Recluso número) P00219611 | Today's Date (Edad) 10/8/19 |
|---|---|---|---|---|

**Complaint (Enfermedad)**

Requesting diet change.

Inmate Signature (Recluso firma)

**TRIAGE**

**Action Taken**
- ☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
- ☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
- ☒ Refer to Optometry;  ☐ Nursing Protocol Initiated  ☒ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

Physician reviewed your request for
diet change to curve off Cardiac die-

A:

Request was not approved. Current diet
is for the Dyclipidemia (Cholesterol)

P:

E:

| Nurses / Provider Signature | Date Completed 10/8/19 | Time Completed 0735 |
|---|---|---|

**For Jail Use Only**

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____ REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: _Fisher, Kenneth_ DATE/TIME: _____
BOOKING #: _1100002773_ P # _219611_ HOUSING LOCATION: _U-C - C - 3_

## SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [x] OTHER (SPECIFY) _Law Library Research_
- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

**GRIEVANCE   (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)**

I have been in BOP custody 6.7 several years and have been a federal trial. I came from MDC-LA and I've not filed for an _____ and left all ____ Dental _____ _____ _____ scheduled as well. I am in pain everyday and need to be seen ___

INMATES SIGNATURE _Kenny Fisher_ DATE/TIME: _10/25/19    13:00 d___

## MODULE OFFICERS RESPONSE AND OR ACTION

FORWARD   TO   MEDICAL

MODULE OFC NAME/BADGE: _Salgado_ /# _2252_ DATE/TIME: _10/25/19    12:15_
INMATES ACKNOWLEDGING SIGNATURE: _Kenny R_ DATE/TIME: _10/25/19_

## SHIFT SUPERVISORS RESPONSE AND/OR ACTION

SHIFT SUPERVISORS SIGNATURE: _____ /# _____ DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

## GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

GHO SIGNATURE: _____ /# _____ DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

## GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

GRIEVANCE AND HEARING
SUPERVISOR SIGNATURE: _____ /# _____ DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

ORIGINAL - GRIEVANCE OFFICER          YELLOW: INMATES 2ND COPY          PINK: INMATES 1ST COPY

G.I.#:

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

| INMATES NAME: KENNETH POWER | DATE/TIME: 11.6.19 |
|---|---|
| BOOKING #: 00002773     P # 219011 | HOUSING LOCATION: 4-C-C-11-2 |

SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) _____

- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

GRIEVANCE     (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

_I have sent medical many requests about getting seen about a problem that I was already scheduled to first . several surgeons right here at MCC-LA and also all the while where I have been ill beg problem been a problem getting appointments but that would not be an issue_

INMATES SIGNATURE _Kenny Powder_     DATE/TIME: _____

### MODULE OFFICERS RESPONSE AND OR ACTION

① Offsite appointment has been scheduled.
② Physician ordered Tylenol, Motrin, motrin today for
③ Flu shot already ordered.

MODULE OFC NAME/BADGE: _Christina Thoss Mungold_ /#     DATE/TIME: _11/20/19 @ 1300_

INMATES ACKNOWLEDGING SIGNATURE: _____     DATE/TIME: _____

### SHIFT SUPERVISORS RESPONSE AND/OR ACTION

4. Scheduled to see Dental.

SHIFT SUPERVISORS SIGNATURE: _____ /#     DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____     DATE/TIME: _____

### GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

GHO SIGNATURE: _____ /#     DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____     DATE/TIME: _____

### GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

### GRIEVANCE AND HEARING

SUPERVISOR SIGNATURE: _____ /#     DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____     DATE/TIME: _____

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | |
|---|---|
| **Date and Time Received** | **Received By** |
| 11/20/19 2007 | W 1 |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| KENNETH FISHER | 01·20·1976 | 4·C | 1900002773 2·131011 | 11·20·19 |

**Complaint (Enfermedad)**

I was told by a nurse the other day that I could not have another N'SAID because they worried about stomach bleeding on Friday someone ___ me a paper saying I was put on 600 mg of TYlnol, is it safe to use ??? thank you

**Inmate Signature (Recluso firma)**

Kenn Fisher

| TRIAGE | **Action Taken** |
|---|---|
| | ☐ Refer to Provider – Sick Call;   ☐ Refer to MH – Sick Call;   ☐ Refer to MH – Chart Review |
| | ☐ Refer to Medical Records;   ☐ Refer to OB/GYN;   ☐ Refer to Dental |
| | ☐ Refer to Optometry;   ☐ Nursing Protocol Initiated   ☐ Other: _____ |

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 11/20/19 | 2007 | |

**Nursing**

S:

O:

| | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P:

You are informed that Overuse can cause (Side effects So, the medication should only be

E:

used as needed, not taken everyday.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | 11/21/19 | 0600 |

**For Jail Use Only**

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 11/12  0900 | RJ |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| FISHER KENNETH | 06 20 76 | 4C | 1902002773 219611 | 11 13 19 |

**Complaint (Enfermedad)**

I need to see a mental health provider about my meds please. Thank you and have a nice day

**Inmate Signature (Recluso firma)**  Kenny Fisher

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;   ☐ Refer to MH – Sick Call;   ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;   ☐ Refer to OB/GYN;   ☐ Refer to Dental
☐ Refer to Optometry;   ☐ Nursing Protocol Initiated   ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 11/12 | 0900 | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P: Please be more specific as many changes can be made without an appointment.

E: With the provider. thanks

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 11/13/19 | 0808 |

**For Jail Use Only**

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 11/12/19  2100 | BL |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-1976 | 4 C | 1000002793 2 9011 | 11-12-20 |

**Complaint (Enfermedad)**
I asked once before I need a flu-shot. Get one every year if not I catch it.

Inmate Signature (Recluso firma)
Kenny Fisher

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated  ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 11/12/19  2100 | | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P: You are scheduled to receive a flu shot.

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 11/13/19 | 0810 |

**For Jail Use Only**

Jan 2019        White – Chart     Canary – Inmate        Sick Call Request – Bi Lingual

# SANTA ANA JAIL
## INMATE REQUEST FORM

BOOKING # / NUMERO DE PRESO #: _____ JID#: P-_____ CELL # / CELDA #: _____

LAST, FIRST NAME / APELLIDO, PRIMER NOMBRE: _____

MODULE / MODULO:  3A ☐  3B ☐  3C ☐  3D ☐  4A ☐  4B ☐  4C ☐  4D ☐  4E ☐  DH1 ☐  DH2 ☐

NOTE: For Jail issue exchange bring items to the officer for inspection. Only worn out items will be exchanged. (Si pide intercambio de articulos, presente articulos al oficial para inspeccionarlos. Solo articulos dañados seran reemplazados.

NATURE OF REQUEST / ASUNTO, PETICION: _I need to see the counselor____
_I have been under a lot of stress._____
_____
_____
_____

X _____

INMATES'S SIGNATURE / FIRMA                    DATE / FECHA

### TO BE COMPLETED BY MODULE OFFICER

ACCEPTED / APROBADO ☐        DENIED / NEGADO ☐

### MODULE OFFICER UNABLE TO COMPLETE REQUEST, FORWARD TO

PROPERTY/ VAULT# ☐        CLASSIFICATION ☐        SECURITY ☐
RECORDS ☐                 PROGRAMS ☐               MAIL ☐
SHIFT SUPERVISOR ☐        SPECIAL PROJECTS ☐       OTHER: _____

WHAT ACTION TAKEN / RESOLUCION: _____
_____
_____

X _____        3980        X _____        11/14
OFFICER SIGNATURE    BADGE #     INMATE'S SIGNATURE / FIRMA    DATE / FECHA

### TO BE COMPLETED BY HANDLING OFFICER

CLOTHING ISSUED / ARTICULOS ENTREGADOS ☐    APPROVED / APROBADO ☐    OTHER / OTRO ☐
OUT OF STOCK/RE-SUBMIT / VUELVA A SOLICITAR ☐    DENIED / NEGADO ☐

RESPONSE TO REQUEST / RESPUESTA: _____
_____
_____
_____
_____

X _____        _____    X _____        _____
CO / SUPERVISOR SIGNATURE    BADGE #    INMATES SIGNATURE / FIRMA    DATE / FECHA

G.I.#: _____

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: Kenny H Fisher                           DATE/TIME: _____
BOOKING #: H00002773        P # 219611     HOUSING LOCATION: C-12 - H-C

**SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE**

- ☐ MEDICAL CARE
- ☐ CLASSIFICATION ACTION
- ☐ DISCIPLINARY ACTION
- ☐ PROGRAM PARTICIPATION
- ☐ OTHER (SPECIFY) _____

- ☐ TELEPHONE USAGE
- ☐ MAIL
- ☐ VISITING
- ☐ FOOD SERVICES
- ☐ COMMISSARY

**GRIEVANCE   (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)**

The other day A nurse carpenter tell me that I had been scheduled for an outside DA appointment and C.O. Clark was making sure the nurse about it working out and will call the intake that I am supposed to get this medical situation worked on going forward

INMATES SIGNATURE: _Kenny Fisher_                    DATE/TIME: _____

**MODULE OFFICERS RESPONSE AND OR ACTION**

Forward to CO Mitchell

MODULE OFC NAME/BADGE: _Avina_              /# 301    DATE/TIME: 11/4/19
INMATES ACKNOWLEDGING SIGNATURE: _____           DATE/TIME: _____

**SHIFT SUPERVISORS RESPONSE AND/OR ACTION**

YOUR GRIEVANCE HAS BEEN RECEIVED + WILL BE LOOKED INTO. THANK YOU FOR YOUR PATIENCE.

SHIFT SUPERVISORS SIGNATURE: _Montreal_          /# 315    DATE/TIME: 11/___
INMATES ACKNOWLEDGING SIGNATURE: _Kenny_          DATE/TIME: 11/10/19 1930

**GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION**

GHO SIGNATURE: _____ /# _____    DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____       DATE/TIME: _____

**GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE**

GRIEVANCE AND HEARING
SUPERVISOR SIGNATURE: _____ /# _____    DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____    DATE/TIME: _____

G.I.#:

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

| | |
|---|---|
| INMATES NAME: _Kennl Fisher_ | DATE/TIME: _11/9/19_ |
| BOOKING #: _1900002773_    P # _219911_ | HOUSING LOCATION: _GH2-4-C_ |

**SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE**

☐ MEDICAL CARE                 ☐ TELEPHONE USAGE
☐ CLASSIFICATION ACTION        ☐ MAIL
☐ DISCIPLINARY ACTION          ☐ VISITING
☐ PROGRAM PARTICIPATION        ☐ FOOD SERVICES
☐ OTHER (SPECIFY) _____    ☐ COMMISSARY

**GRIEVANCE** (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

the other day A nurse came to tell me that I had been scheduled for an
outside DR appointment and C.O. CLIPPEN was making a comment
the nurse about me looking out must not be an an emergency. I have
been trying to get this medical situation resolved for many years I had an

INMATES SIGNATURE: _Kenny Fisher_         DATE/TIME: _____

**MODULE OFFICERS RESPONSE AND OR ACTION**

Forward to CO McNeill

MODULE OFC NAME/BADGE: _McBan_      /# _3011_ DATE/TIME: _11/9/19 1410_
INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

**SHIFT SUPERVISORS RESPONSE AND/OR ACTION**

SHIFT SUPERVISORS SIGNATURE: _____ /# _____ DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

**GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION**

GHO SIGNATURE: _____ /# _____ DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

**GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE**

GRIEVANCE AND HEARING
SUPERVISOR SIGNATURE: _____ /# _____ DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

## SANTA ANA JAIL/NOTICE OF DISCIPLINARY HEARING AND ADVISEMENT OF CHARGES
## NOTIFICACION DE AUDENCIA DISCIPLINARIA Y AVISO DE CARGOS

Inmates
Name/Nombre del                                    P#:                        BKG.#
Reo: _____   _____   _____

| Charge/ Cargo | Description/Descripcion |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

☐ Inmate placed on pre-disc status/fue puesto el reo bajo accion disciplinaria  ☐ Inmate placed on 23-hour lockdown/fue el reo encerrado por 23 horas o menos  ☐ Other/ Otro

Narrative/Narativo _____

_____

Charging Officer/Oficial: _____ Date & Time/Fecha y Horario: _____

Approving Supervisor/Supervisor _____ Date & Time/Fecha y Horario: _____

My signature is no admission of guilt, but acknowledges that I have been advised of the charges and disciplinary status/ Al firmar este documento confirmo que me aviso cuales son los cargos contra mi y que estoy en estado de disciplina pero no me estoy declarando culpable.

Inmate Signature/Firma del Reo: _____ Date & Time/Fecha y Horario: _____

Delivering Officer/ Oficial : _____ Date & Time/ Fecha y Horario: _____

---

### NOTICE OF DISCIPLINARY HEARING/ AVISO DE AUDENCIA DISCIPLINARIA

I have been advised of the above charges and am aware that my hearing is scheduled on/Se me a avisado cuales son los cargos contra mi y que mi audencia sera el dia _____ at/a las_____ and will be held in/ en el siguiente local _____ .

Inmate Signature/Firma del Reo: _____ Date & Time/ Fecha y Horario: _____

I wish to plead guilty to the above charges and waive my rights to a Disciplinary Hearing./ Yo deseo declararme culpable a los cargos y suspender mis derechos a una audencia disciplinaria.

Inmate Signature/Firma del Reo: _____ Date & Time/ Fecha y Horario: _____

I want to waive the 24-hour period given to me by law to prepare for my hearing and talk about the incident involving the charges today./Yo deseo suspender la 24 horas que tengo por ley para prepararme para mi audencia y quiero hablar con el Oficial de las Audencias hoy sobre mis cargos.

Inmate Signature/Firma del Reo: _____ Date & Time/Fecha y Horario: _____

GHO Signature: _____ Date & Time/ Fecha y Horario: _____

If during the course of the hearing you wish to have witnesses contacted please advise the Hearing Officer of the names of those individuals./Si durante el curso de su audencia desea tener presente algun testigo a su favor, avise al Oficial de las Audencias.

If the inmate is on a behavioral contract for the above charges, violate them on the contract, do not pre-discipline.

*White Copy: GHO*          *Yellow Copy: Forward with Incident report*          *Pink Copy: Inmate*

G.I.#:
2679

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: _Kenneth Fisher_   DATE/TIME: _12-15-2019_

BOOKING #: _1900002773_   P # _211911_   HOUSING LOCATION: _W6 cell 2_

**SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE**

- ☒ MEDICAL CARE
- ☐ CLASSIFICATION ACTION
- ☐ DISCIPLINARY ACTION
- ☐ PROGRAM PARTICIPATION
- ☐ OTHER (SPECIFY) _____

- ☐ TELEPHONE USAGE
- ☐ MAIL
- ☐ VISITING
- ☐ FOOD SERVICES
- ☐ COMMISSARY

**GRIEVANCE     (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)**

_I was sent to have a staple around and medical sent me no instructions for the test because as no documented me I was board in they should have action charged. The area where the pain comes from I still am in pain and no the I had other can be running good_

INMATES SIGNATURE _Kenny Fisher_   DATE/TIME: _12-15-2019_

## MODULE OFFICERS RESPONSE AND OR ACTION

_FORWARD REQUEST FOR REVIEW_

MODULE OFC NAME/BADGE: _Rodmova_   /# _2403_ DATE/TIME: _12-15-19 / 2105_

INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _12-15-19 / 2110_

## SHIFT SUPERVISORS RESPONSE AND/OR ACTION

SHIFT SUPERVISORS SIGNATURE: _____ /# _____ DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

## GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

GHO SIGNATURE: _____ /# _____   DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

## GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

GRIEVANCE AND HEARING
SUPERVISOR SIGNATURE: _____ /# _____ DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

G.I #: 2 19

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: KENNETH FISHER          DATE/TIME: 1·3·20  10:00Am

BOOKING #: M00002773      P # 2M611     HOUSING LOCATION: 4·C  C112

SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) _____

- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

GRIEVANCE   (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

I got a medical request form back that told me that the ultra sound showed a fatty liver and that had extreme more. I hurt in a very specific and that is not from my liver. I need to see a Doctor Now I'm and being ignored. I don't want meds I need to be fixed.

INMATES SIGNATURE Kenny Fisher          DATE/TIME: 1·3·20  11:05 am

## . MODULE OFFICERS RESPONSE AND OR ACTION

FORWARD TO MEDICAL CHARGE NURSE

MODULE OFC NAME/BADGE: SMITH  /# 302  DATE/TIME: Med Only

INMATES ACKNOWLEDGING SIGNATURE: Kenny Fisher     DATE/TIME: 1·3·20  11:00 am

### SHIFT SUPERVISORS RESPONSE AND/OR ACTION

SHIFT SUPERVISORS SIGNATURE: _____  /# _____  DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____  DATE/TIME: _____

### GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

GHO SIGNATURE: _____  /# _____  DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____  DATE/TIME: _____

### GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

GRIEVANCE AND HEARING

SUPERVISOR SIGNATURE: _____  /# _____  DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____  DATE/TIME: _____

G.I.#: _2714_

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: KENNETH FISHER                      DATE/TIME: 1-8-20  5:10 pm
BOOKING #: 1900002775         P # 24761            HOUSING LOCATION: 4-C  C-11

**SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE**

- [ ] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) _____

- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

**GRIEVANCE**     (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

I got a response back from a previous grievance asking to go to get a physician for help of my ear. The 31st I meet a physician told I had 2 choices one I could go to a Dr. Depty or to the Cal which they don't have a actual surgeon I'm given the choice of

INMATES SIGNATURE _____     DATE/TIME: _____

## · MODULE OFFICERS RESPONSE AND OR ACTION

Fwd to Medical Supervisor

MODULE OFC NAME/BADGE: C.IC          /# 2251  DATE/TIME: 1.8.20
INMATES ACKNOWLEDGING SIGNATURE: _____  DATE/TIME: 1.8.20 5:19 pm

## SHIFT SUPERVISORS RESPONSE AND/OR ACTION

SHIFT SUPERVISORS SIGNATURE: _____ /# _____ DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

## GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

GHO SIGNATURE: _____ /# _____        DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____           DATE/TIME: _____

## GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

**GRIEVANCE AND HEARING**
**SUPERVISOR SIGNATURE:** _____ /# _____    DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____    DATE/TIME: _____

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

**INMATES NAME:** KENNETH FISHER   **DATE/TIME:** 1/14/20 5:00 pm

**BOOKING #:** 1900002773   **P #** 219611   **HOUSING LOCATION:** 4-C Cell 2

**SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE**

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) _____

- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

**GRIEVANCE** (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

I was in medical on saturday and while the doctor was talking to me about a potential problem the nurse armed it when she said dont worry that was a misspeanarse. The nurse ARRY was there also. Im sure she it so I dont feel thats proper treatment and thats why I'm at the bottom

**INMATES SIGNATURE** Kenny Fisher   **DATE/TIME:** 1-14-20 5:20 pm

**MODULE OFFICERS RESPONSE AND OR ACTION**

Forward to Medical R. Swim

**MODULE OFC NAME/BADGE:** Salgado   /# 35?   **DATE/TIME:** 1/14/20

**INMATES ACKNOWLEDGING SIGNATURE:** Kenny Fisher   **DATE/TIME:** 1-14-20 5:20 pm

**SHIFT SUPERVISORS RESPONSE AND/OR ACTION**

**SHIFT SUPERVISORS SIGNATURE:** _____ /# _____   **DATE/TIME:** _____
**INMATES ACKNOWLEDGING SIGNATURE:** _____   **DATE/TIME:** _____

**GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION**

**GHO SIGNATURE:** _____ /# _____   **DATE/TIME:** _____
**INMATES ACKNOWLEDGING SIGNATURE:** _____   **DATE/TIME:** _____

**GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE**

**GRIEVANCE AND HEARING**
**SUPERVISOR SIGNATURE:** _____ /# _____   **DATE/TIME:** _____

**INMATES ACKNOWLEDGING SIGNATURE:** _____   **DATE/TIME:** _____

| NAPHCARE MEDICAL DEPARTMENT<br>SICK CALL REQUEST-MANAGED BY TECHCARE | Date and Time Received<br>1/12/2020 @ 2020 | Received By<br>Duane |
|---|---|---|

| Name (Nombre)<br>KENNETH<br>FISHER | Date of Birth<br>(Fecha de Nacimiento)<br>01-20-76 | Location/Unit<br>(Posicion/Unidad)<br>4-C Cell 2 | Inmate Number<br>(Número de Recluso)<br>1900302773<br>2191811 | Today's Date<br>(Fecha de Hoy)<br>1-12-20 |
|---|---|---|---|---|

**Complaint (Queja)**

I was put on an anti-biotic this week, can you please tell me why?

Inmate Signature (Firma de Recluso)
Kenny Fisher

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date<br>1/12/2020 | Face to Face Time<br>20:20 | Staff Signature |
|---|---|---|

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**A:**

**P:** Your urine Dip showed a urine infection

**E:**

| Nurses / Provider Signature | Date Completed<br>1/13/2020 | Time Completed<br>0722 |
|---|---|---|
| RN |  |  |

**For Jail Use Only**

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 1/12/2020 @ 2000 | Duane |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-1976 | 4-C cell | 1900002773 219611 | 1-12-20 |

**Complaint (Queja)**

I need some A-D for a rash on my hand it is better but I need for just a few more days

Inmate Signature (Firma de Recluso)
Kenny Fisher

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review  ☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental  ☐ Refer to Optometry;  ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 1/12/2020 | 2000 | fr |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**A:**

**P:** 3 more Days only.

**E:**

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 1/13/2020 | 0625 |

**For Jail Use Only**

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____  REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: KENNETH FISHER

DATE/TIME: 12-26-2019 11:00 AM

BOOKING #: 1900002773    P# 219611    HOUSING LOCATION: 4·C·CELL2

## SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) _____

- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

**GRIEVANCE**  (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

I was sent to have an ultra-sound done and no-one has talked to me about the results the tech didn't even examine the place where my pain comes from her orders were specific to my pelvic area she only she examined me before the scan was done and I am still in pain

INMATES SIGNATURE: Kenny Fisher    DATE/TIME: 12-26-2019 11:10 PM

## MODULE OFFICERS RESPONSE AND OR ACTION

Forward To Supervisor

MODULE OFC NAME/BADGE: _____  /# _____ DATE/TIME: 12/26/19 _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

## SHIFT SUPERVISORS RESPONSE AND/OR ACTION

SHIFT SUPERVISORS SIGNATURE: _____  /# _____ DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

## GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

GHO SIGNATURE: _____  /# _____ DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

## GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

GRIEVANCE AND HEARING
SUPERVISOR SIGNATURE: _____  /# _____ DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

ORIGINAL: GRIEVANCE OFFICER          YELLOW: INMATES 2ND COPY          PINK: INMATES 1ST COPY

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: _Fisher Kenneth_   DATE/TIME: _____
BOOKING #: _1100802773_   P # _219611_   HOUSING LOCATION: _____

**SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE**

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [x] OTHER (SPECIFY) _Pain from stomach_

- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

**GRIEVANCE** (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

_I have been on SOP custody for several weeks and have had several times. I came from MDC-LA and was scheduled for an appointment and several others. Dental and Vision problems are scheduled as well. I am in pain everyday and like to be seen_

INMATES SIGNATURE _Kenny Fisher_   DATE/TIME: _10-25-19 10:00 a.m._

### MODULE OFFICERS RESPONSE AND OR ACTION

_Forward to medical_

MODULE OFC NAME/BADGE: _Salgado_ /# _2258_  DATE/TIME: _10/25/19_
INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _10/25/19_

### SHIFT SUPERVISORS RESPONSE AND/OR ACTION

_Scheduled to see Medical. Pain Medication can also be purchased at Commissary._

SHIFT SUPERVISORS SIGNATURE: _TC Nurse Manager_ /# _1_   DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

### GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

_Scheduled to see dental._

_Did not wish to sign is frustrated with process, just wants to be treated_

GHO SIGNATURE: _____ /# _____   DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

### GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

GRIEVANCE AND HEARING
SUPERVISOR SIGNATURE: _____ /# _____   DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

# SANTA ANA JAIL
## INMATE REQUEST FORM

BOOKING # / NUMERO DE PRESO #: M00002775    JID#: P- 24101    CELL # / CELDA #:

LAST, FIRST NAME / APELLIDO, PRIMER NOMBRE: Fosilix Kenneth

MODULE / MODULO:  3A☐   3B☐   3C☐   3D☐   4A☐   4B☐   4C☒   4D☐   4E☐   DH1☐   DH2☐

NOTE: For Jail issue exchange bring items to the officer for inspection. Only worn out items will be exchanged. (Si pide intercambio de articulos, presente articulos al oficial para inspeccionarlos. Solo articulos dañados seran reemplazados.

NATURE OF REQUEST / ASUNTO, PETICION: I was brought here from MDC-LA and
some appointments scheduled that I missed using an attorney
and have not had any one here pass anything about them so now I
need to speak with the Marshalls office about the issue and
services thank you have a nice day

X _Kenny Fosilix_             10-10-2019
INMATES'S SIGNATURE / FIRMA            DATE / FECHA

---

### TO BE COMPLETED BY MODULE OFFICER

ACCEPTED / APROBADO ☒      DENIED / NEGADO ☐

### MODULE OFFICER UNABLE TO COMPLETE REQUEST, FORWARD TO

PROPERTY/ VAULT# ☐      CLASSIFICATION ☐      SECURITY ☐

RECORDS ☐      PROGRAMS ☐      MAIL ☐

SHIFT SUPERVISOR ☐      SPECIAL PROJECTS ☐      OTHER: _____

WHAT ACTION TAKEN / RESOLUCION: Forward to Sergeant

X _____   3286     X _____      10/
OFFICER SIGNATURE   BADGE #     INMATE'S SIGNATURE / FIRMA      DATE / FECHA

---

### TO BE COMPLETED BY HANDLING OFFICER

CLOTHING ISSUED / ARTICULOS ENTREGADOS ☐   APPROVED / APROBADO ☐   OTHER / OTRO ☐

OUT OF STOCK/RE-SUBMIT / VUELVA A SOLICITAR ☐   DENIED / NEGADO ☐

RESPONSE TO REQUEST / RESPUESTA: Scheduled to see physician

X _M. Nurse Manage_ / 10/14/19 _____     X _____
CO /SUPERVISOR SIGNATURE   BADGE #     INMATES SIGNATURE / FIRMA      DATE / FECHA

G.I.#:

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: KENNETH FRANKA

BOOKING #: 1900002773   P # 219611

DATE/TIME: 12-26-2019  11:00 A

HOUSING LOCATION: 4-C-05-02

SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) _____

- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING   *MEDICAL*
- [ ] FOOD SERVICES
- [ ] COMMISSARY

GRIEVANCE   (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

I was sent to have an ultra-sound done and no one has talked about the results the tech didnt even examine the place where pain comes from her orders were specific to my pelvic area she two examined me before the xray was done to tell if pain or pain

INMATES SIGNATURE _Kenny Franka_   DATE/TIME: _12-26-2019 11:10_

### MODULE OFFICERS RESPONSE AND OR ACTION

Forward To Supervisor

MODULE OFC NAME/BADGE: _____   /# _3901_   DATE/TIME: _12/26/19_
INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

### *MEDICAL* SHIFT SUPERVISORS RESPONSE AND/OR ACTION

Scheduled to see physician regarding ultrasound results.
*MEDICAL*

SHIFT SUPERVISORS SIGNATURE: _RN Nurse Manager_ /# _/_   DATE/TIME: _12/_
INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _12-31-19_

### GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

Will be forward request for additional _____

GHO SIGNATURE: _R___ V___   /# _2___   DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _Kenny Fr___   DATE/TIME: _12-___

### GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

GRIEVANCE AND HEARING

SUPERVISOR SIGNATURE: _____   /# _____   DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

G.I.#: _____

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____ REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: KENNETH FISHER          DATE/TIME: 1-3-20 10:00AM

BOOKING #: H00002773    P # 243611    HOUSING LOCATION: 4-C 1118

### SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) _____

- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

GRIEVANCE     (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

I got a medical request form back that told me that the ultra sound is okay, lipes and to diet and exercise more. I hurt in a very specific and do. I'm not being my sides. I need to see a Doctor Now in and being ignored. I don't want meds I need to be fixed.

INMATES SIGNATURE Kenny Fisher          DATE/TIME: 1-3-20 11:05 am

### MODULE OFFICERS RESPONSE AND OR ACTION

FORWARD TO MEDICAL CHARGE NURSE

MODULE OFC NAME/BADGE: Salt 10    /# 225 DATE/TIME: 14bo 0hln
INMATES ACKNOWLEDGING SIGNATURE: Kenny Fisher    DATE/TIME: 1-3-20 1100

### MEDICAL SHIFT SUPERVISORS RESPONSE AND/OR ACTION

Physician has been notified. You will when to see physician.

MEDICAL
SHIFT SUPERVISORS SIGNATURE: W, Nurse Manager /# _____ DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: Kenny Fisher    DATE/TIME: _____

### GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

GHO SIGNATURE: _____ /# _____ DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

### GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

GRIEVANCE AND HEARING
SUPERVISOR SIGNATURE: _____ /# _____ DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 12/15/19 2128 | MC |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-1976 | 4·C cell2 | 1900002773 219611 | 12·15·19 |

**Complaint (Enfermedad)**

I need the medicine GLYCOPYRRALATE 2mg. to be a PRN thats how it was prescribed at MDC-LA I am not suppose to take it everyday thank you.

**Inmate Signature (Recluso firma)**  Kenny Fisher

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated  ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 12/16/19 | 2128 | MC |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P: Will send request to provider.

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 12/16/19 | 0640 |

**For Jail Use Only**

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| Date and Time Received | Received By |
|---|---|
| 3/5/20 1600 | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| FISHER, KENNETH | 01-20-1976 | 4.C cell 2 | 1900052773 2.9611 | 3.5.2020 |

**Complaint (Queja)**

I went to the eye Dr. last week and he gave me a pescription for glasses and said I need a surgery on my eye long will it take to get the glasses? I can't read without them Thank you have a nice day.

Inmate Signature (Firma de Recluso) Kenny Fisher

**TRIAGE**

**Action Taken**
☐ Refer to Provider / Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated  ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 3/5/20 | 1600 | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P:

E: Referral for cataract surgery has been placed. eyeglasses deferred until further notice.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | 3/7/20 | |

**For Jail Use Only**

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 1-25-2020 0930 | LT |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-1976 | 4C cell 2 | 217611 1900007.773 | 1-25-2020 |

**Complaint (Queja)** I had a very important legal appointment and I missed my eye appointment yesterday. the nurse last night told me I had to re-submit this form to get a new appointment scheduled. Thank you and have a nice day

**Inmate Signature (Firma de Recluso)** Kenny Fisher

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review ☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental ☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 1-25-2020 | 0930 | Lauren T. LVN |

**Nursing**

**S:**

| O: | | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|---|
| | | | | | | |

**A:** Placed chart to be reviewed by Provider for rescheduling of missed appt.

**P:**

**E:**

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 1·25·2020 | 1245 |

**For Jail Use Only**

Jan 2019                     White – Chart     Canary – Inmate                     Sick Call Request – Bi Lingual

G.I.#:

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: _Kenneth Fisher_   DATE/TIME: _____
BOOKING #: _1908002775_   P # _349611_   HOUSING LOCATION: _4-c___

### SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE

- [ ] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) _____

- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

GRIEVANCE   (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

_Last a response back from a previous grievance_
_for a breaking finger/bone and on the 1st of a date_
_which they don't have a hospital surgeon to attend the doctor_

INMATES SIGNATURE: _____   DATE/TIME: _____

### MODULE OFFICERS RESPONSE AND OR ACTION

_Fwd to Medical Supervisor_

MODULE OFC NAME/BADGE: _O.I.C_   /# _2201_ DATE/TIME: _1-8-20_
INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

### SHIFT SUPERVISORS RESPONSE AND/OR ACTION

_MEDICAL_

SHIFT SUPERVISORS SIGNATURE: _____ /# _____ DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

### GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

_Pt Refused to sign_

GHO SIGNATURE: _____ /# _____   DATE/TIME: _____
INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

### GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

GRIEVANCE AND HEARING
SUPERVISOR SIGNATURE: _____ /# _____   DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

G.I.#:

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: _____ / _____   REVIEWING OFFICER NAME/BADGE#: _____

INMATES NAME: KENNETH F _____   DATE/TIME: 11-6-19

BOOKING #: 1900002713 _____   P # 219611 _____   HOUSING LOCATION: 4-C-C-112

**SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE**

[X] MEDICAL CARE                    [ ] TELEPHONE USAGE
[ ] CLASSIFICATION ACTION           [ ] MAIL
[ ] DISCIPLINARY ACTION             [ ] VISITING
[ ] PROGRAM PARTICIPATION           [ ] FOOD SERVICES
[ ] OTHER (SPECIFY) _____ [ ] COMMISSARY

GRIEVANCE     (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

I have sent medical many requests about willing soon about a stomach
that I was already asked well to visit a dental surgeon but I also
MDC LA in Brright ace where I have form well entry infected them
been problem they just give out that me or only me what I

INMATES SIGNATURE *Kenney Fishley* _____   DATE/TIME: _____

**· MODULE OFFICERS RESPONSE AND OR ACTION**

① Offsite appointment has been scheduled.
② Physician ordered Tylenol 650mg twice a day for
③ Flu shot already ordered.

MODULE OFC NAME/BADGE: *Christina Trivia Manager* /#_____   DATE/TIME: 11/20/19 @ 1200

INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

**SHIFT SUPERVISORS RESPONSE AND/OR ACTION**

④ Scheduled to see Dental.

SHIFT SUPERVISORS SIGNATURE: _____ /# _____ DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____ DATE/TIME: _____

**GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION**

GHO SIGNATURE: _____ /#_____   DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

**GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE**

GRIEVANCE AND HEARING
SUPERVISOR SIGNATURE: _____ /#_____   DATE/TIME: _____

INMATES ACKNOWLEDGING SIGNATURE: _____   DATE/TIME: _____

| **NAPHCARE MEDICAL DEPARTMENT** <br> **SICK CALL REQUEST-MANAGED BY TECHCARE** | **Date and Time Received** <br> 02.14.2016 | **Received By** <br> W |
|---|---|---|

| Name (Nombre) <br> KENNETH FISHER | Date of Birth <br> (Fecha de Nacimiento) <br> 01-20-1976 | Location/Unit <br> (Posicion/Unidad) <br> 4-C-Cell2 | Inmate Number <br> (Recluso número) <br> 1900002-773 <br> 219811 | Today's Date (Edad) <br> 10-3-19 |
|---|---|---|---|---|

**Complaint (Enfermedad)** I WOULD LIKE TO BE RE-EVAULUATED FOR THE CARDIAC DIET I HAVE BEEN PLACED ON, I KNOW I HAVE A PRETTY HEALTHY HEART, THANK YOU AND HAVE A NICE DAY.

Inmate Signature (Recluso firma) *Kenny F.*

**TRIAGE**

**Action Taken**
- ☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
- ☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
- ☐ Refer to Optometry;  ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| | | |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**A:**

**P:** Blood pressure checks for 5 days. NP to review after checks are complete.

**E:**

| Nurses / Provider Signature | Date Completed <br> 10/3/19 | Time Completed <br> 0740 |
|---|---|---|

**For Jail Use Only**

## TA ANA JAIL/NOTICE OF DISCIPLINARY HEARING AND ADVISEMENT OF CHARGES
### NOTIFICACION DE AUDENCIA DISCIPLINARIA Y AVISO DE CARGOS

Inmates
Name/Nombre del
Reo: _FISHER, KENNETH_          P#: _P0029611_     BKG.# _____

| Charge/ Cargo | Description/Descripcion |
|---|---|
| 1. B-009 | DISRESPECT TO STAFF |
| 2. B-017 | THREATENING ANOTHER PESON |
| 3. | |
| 4. | |

[X] Inmate placed on pre-disc status/fue puesto el reo bajo accion disciplinaria   [ ] Inmate placed on 23-hour lockdown/fue el reo encerrado por 23 horas o menos   [ ] Other/ Otro

Narrative/Narativo: _INMATE MADE THREATS TO ANOTHER INMATE & CALLED A CORRECTIONAL OFFICER AN OFFENSIVE TERM_

Charging Officer/Oficial: _ROBLES 3420_     Date & Time/Fecha y Horario: _11/09/19 0500_

Approving Supervisor/Supervisor _CONTRERAS 3136_  Date & Time/Fecha y Horario: _11/9/19 - 0530_

My signature is no admission of guilt, but acknowledges that I have been advised of the charges and disciplinary status/ Al firmar este documento confirmo que s me aviso cuales son los cargos contra mi y que estoy en estado de disciplina pero no me estoy declarando culpable.

Inmate Signature/Firma del Reo: _[signature]_     Date & Time/ Fecha y Horario: _11/9/19 - 0600_

Delivering Officer/ Oficial: _ROBLES 3420_     Date & Time/Fecha y Horario: _11/9/19 - 0544_

---

### NOTICE OF DISCIPLINARY HEARING/ AVISO DE AUDENCIA DISCIPLINARIA

I have been advised of the above charges and am aware that my hearing is scheduled on/Se me a avisado cuales son los cargos contra mi y que mi audencia sera el dia _____ at/a las _____ and will be held in/ en el siguiente local _____ .

Inmate Signature/Firma del Reo: _____   Date & Time/ Fecha y Horario: _____

I wish to plead guilty to the above charges and waive my rights to a Disciplinary Hearing./ Yo deseo declararme culpable a los cargos y suspender mis derechos a una audencia disciplinaria.

Inmate Signature/Firma del Reo: _____   Date & Time/ Fecha y Horario: _____

I want to waive the 24-hour period given to me by law to prepare for my hearing and talk about the incident involving the charges today./ Yo deseo suspender las 24 horas que tengo por ley para prepararme para mi audencia y quiero hablar con el Oficial de las Audencias hoy sobre mis cargos.

Inmate Signature/Firma del Reo: X _[signature]_   Date & Time/Fecha y Horario: _11/11/19 2020_

GHO Signature: _[signature]_   Date & Time/ Fecha y Horario: _11/11/10 2020_

If during the course of the hearing you wish to have witnesses contacted please advise the Hearing Officer of the names of those individuals./Si durante el curso de su audencia desea tener presente algun testigo a su favor, avise al Oficial de las Audencias.

If the inmate is on a behavioral contract for the above charges, violate them on the contract, do not pre-discipline.

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 11/12   0901 | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-1974 | 4-C | M00002773 219611 | 11-10-11 |

**Complaint (Enfermedad)**

I need to see the DR. I am experiencing severe pain in my abdomen. I have sent many requests about this issue and can't seem to get any help.

**Inmate Signature (Recluso firma)**
Kenni Fisher

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; | ☐ Refer to MH – Sick Call; | ☐ Refer to MH – Chart Review |
|---|---|---|---|---|
| | | ☑ Refer to Medical Records; | ☐ Refer to OB/GYN; | ☐ Refer to Dental |
| | | ☐ Refer to Optometry; | ☐ Nursing Protocol Initiated | ☐ Other: _____ |

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 11/11/12 | 090 | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P: Abdominal ultrasound scheduled. Take provided pain meds as needed.

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 11/13/11 | 0805 |

**For Jail Use Only**

Jan 2019          White – Chart          Canary – Inmate          Sick Call Request – Bi Lingual

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| Date and Time Received | Received By |
|---|---|
| 11 13 19 @ 2035 | WT |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-1976 | 4·C | 1900002773 219611 | 11.13.2019 |

**Complaint (Enfermedad)**

I need to see mental health provider so I can get my STRATERA increased from current dose. I was on 30 mg. of ADDRAL before and was stable there. The medication works but not long. Thank you and have a nice day

Inmate Signature (Recluso firma)
Kenny Fisher

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;   ☐ Refer to MH – Sick Call;   ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;   ☐ Refer to OB/GYN;   ☐ Refer to Dental
☐ Refer to Optometry;   ☐ Nursing Protocol Initiated   ☐ Other:

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 11.13.19 | 7035 | DK |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

**A:**

**P:**

**E:** To be reviewed by mental health. You have an appointment for following scheduled. Discuss this issue at your appointment.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| S. Registered Nurse | 11/14/19 | 043. |

**For Jail Use Only**

G.I.#: 2

# SANTA ANA JAIL - INMATE GRIEVANCE FORM

DATE/TIME GRIEVANCE RECEIVED: ____ / ____ REVIEWING OFFICER NAME/BADGE#: ____

INMATES NAME: KENNETH FISHER DATE/TIME: 12-15-2019

BOOKING #: 1900002773 P # 219611 HOUSING LOCATION: [illegible]

SECTION 1: CHECK THE BOX NEXT TO THE INFORMATION WHICH MOST CLEARLY IDENTIFIES YOUR COMPLAINT OR GRIEVANCE

- [x] MEDICAL CARE
- [ ] CLASSIFICATION ACTION
- [ ] DISCIPLINARY ACTION
- [ ] PROGRAM PARTICIPATION
- [ ] OTHER (SPECIFY) ____
- [ ] TELEPHONE USAGE
- [ ] MAIL
- [ ] VISITING
- [ ] FOOD SERVICES
- [ ] COMMISSARY

GRIEVANCE (IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET OF PAPER)

I was sent to have a ultra sound done and medical sent the wrong instructions to the test because no one examined me before hand they would have gotten images of the area where the pain comes from. I still am in pain and no one has even come to see me a [illegible]

INMATES SIGNATURE Kenny Fisher DATE/TIME: 12-15-2019

MODULE OFFICERS RESPONSE AND OR ACTION

FORWARD REQUEST FOR REVIEW TO MEDICAL

MODULE OFC NAME/BADGE: Roombua /# 2403 DATE/TIME: 12-15-19 / 21[illegible]

INMATES ACKNOWLEDGING SIGNATURE: [signature] DATE/TIME: 12-15-19 / [illegible]

SHIFT SUPERVISORS RESPONSE AND/OR ACTION

Liver and pancreas ultrasound completed. Scheduled for gastroenterology [illegible] upon request.

SHIFT SUPERVISORS SIGNATURE: [signature] /# ____ DATE/TIME: [illegible]

INMATES ACKNOWLEDGING SIGNATURE: [signature] DATE/TIME: 1/14/20 [illegible]

GRIEVANCE AND HEARING OFFICERS RESPONSE AND/OR ACTION

GHO SIGNATURE: ____ /# ____ DATE/TIME: ____

INMATES ACKNOWLEDGING SIGNATURE: DATE/TIME:

GRIEVANCE AND HEARING SUPERVISORS OR MANAGER'S REVIEW OR RESPONSE

GRIEVANCE AND HEARING SUPERVISOR SIGNATURE: ____ /# ____ DATE/TIME: ____

INMATES ACKNOWLEDGING SIGNATURE: ____ DATE/TIME: ____

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 12/31/19 212 | MC |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-1976 | 4-C C8112 | 1700002775 219611 | 12-31-2019 |

**Complaint (Queja)** I need reading glasses very bad. I can't read anything at all without them and have not heard anything about my eye exam?

Inmate Signature (Firma de Recluso) Kenny Fisher

**TRIAGE**

**Action Taken**
- ☐ Refer to Provider – Sick Call;
- ☐ Refer to Medical Records;
- ☐ Refer to Optometry;
- ☐ Refer to MH – Sick Call;
- ☐ Refer to OB/GYN;
- ☐ Nursing Protocol Initiated
- ☐ Refer to MH – Chart Review
- ☐ Refer to Dental
- ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 12/31/19 | 2121 | MC |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**A:**

**P:**

**E:** Awaiting medical records from Dr. Paul in Alabama.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 1/1/20 | 1835 |

**For Jail Use Only**

## NAPHCARE MEDICAL DEPARTMENT
### SICK CALL REQUEST-MANAGED BY TECHCARE

| | |
|---|---|
| **Date and Time Received** | **Received By** |
| 1/1/20 19:50 | |

| **Name (Nombre)** | **Date of Birth (Fecha de Nacimiento)** | **Location/Unit (Posicion/Unidad)** | **Inmate Number (Número de Recluso)** | **Today's Date (Fecha de Hoy)** |
|---|---|---|---|---|
| KENNETH FISHER | 03-29-1170 | 4-C cu2 | 149022773 2901 | 1-1-20 |

**Complaint (Queja)** I have a rash or something on my hand and I need some hand ointment for it I need the institutional cream. thank you have a good day

**Inmate Signature (Firma de Recluso)** Kenny Fisher

| TRIAGE | **Action Taken** | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review |
|---|---|---|
| | | ☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental |
| | | ☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: |

| **Face to Face Date** | **Face to Face Time** | **Staff Signature** |
|---|---|---|
| 1/1/20 | 1930 | |

**Nursing**

**S:**

| **O:** | **Temp** | **Pulse** | **Resp** | **O2 Sat** | **B/P** |
|---|---|---|---|---|---|
| | | | | | |

**A:**

**P:** You will be seen by Medical.

**E:**

| **Nurses / Provider Signature** | **Date Completed** | **Time Completed** |
|---|---|---|
| S. RN | 1/2/20 | 05 21 |

**For Jail Use Only**

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|

| Name (Nombre) KENNETH FISHER | Date of Birth (Fecha de Nacimiento) 01-20-1976 | Location/Unit (Posicion/Unidad) 4C cell 2 | Inmate Number (Número de Recluso) 1900002773 219611 | Today's Date (Fecha de Hoy) 12·3·2019 |
|---|---|---|---|---|

**Complaint (Queja)**

I NEED TO SEE A DENTIST, I WAS APPROVED FOR DENTURES AT MDC-LA THEN MOVED HERE I HAVE BEEN WAITING SINCE 2016.

Inmate Signature (Firma de Recluso) *Kenny Fisher*

| TRIAGE | **Action Taken** | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review ☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental ☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

A: Booked in on 8/21/19

P: Scheduled for dental already
MGT provide, dental soft diet

E: per Request

| Nurses / Provider Signature   RN | Date Completed 12/4/19 | Time Completed 0845 |
|---|---|---|

**For Jail Use Only**

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | |
|---|---|
| **Date and Time Received** | **Received By** |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-1976 | 4-C cell 2 | 1920002773 219611 | 12-3-200 |

**Complaint (Queja)**

I NEED TO SEE AN EYE DOCTOR I WAS APPROVED FOR CATARACTS SURGERY IN 2016 I STILL HAVE NOT HAD IT AND MY VISION IS GETTING SO BAD OUT OF MY GOOD EYE

**Inmate Signature (Firma de Recluso)** Kenny Fisher

**TRIAGE**

**Action Taken**
- ☐ Refer to Provider – Sick Call;
- ☐ Refer to Medical Records;
- ☐ Refer to Optometry;
- ☐ Refer to MH – Sick Call;
- ☐ Refer to OB/GYN;
- ☐ Nursing Protocol Initiated
- ☐ Refer to MH – Chart Review
- ☐ Refer to Dental
- ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| | | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P: Where were you diagnosed with cataracts?? Provide diagnosing facility information.

E: Scheduled for Chart Review.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 12/4/19 | 0855 |

**For Jail Use Only**

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 12-13-19 2100 | BL |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-1974 | 4-C CELL 2 | 1903002773 219011 | 12-3-19 |

**Complaint (Queja)**

* I NEED TO SEE A GENERAL SURGEN ABOUT MY STOMACH I WAS SUPPOSE HAVE AN ULTRA-SOUND LAST WEEK AND INSTEAD OF GOING OVER THE AREA THE PAIN IS THEY CHECKED OUT MY ORGANS BECAUSE THEY HAD THE WRONG INSTRUCTIONS NO ONE ASKED ME WHERE THE PAIN WAS BEFORE THE TESTS WERE ORDERED, I ALSO NEED SOMETHING FOR PAIN AS NEEDED UNTILL IT GETS FIGURED OUT

**Inmate Signature (Firma de Recluso)**  Kenny Fisher

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; | ☐ Refer to MH – Sick Call; | ☐ Refer to MH – Chart Review |
|---|---|---|---|---|
| | | ☐ Refer to Medical Records; | ☐ Refer to OB/GYN; | ☐ Refer to Dental |
| | | ☐ Refer to Optometry; | ☐ Nursing Protocol Initiated | ☐ Other: |

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 12/13/19 2100 | | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P: Tylenol Renewed · Purchase through commissary.
E: — ULTRAsound.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RN | 0900 | 1241 |

**For Jail Use Only**

Jan 2019                White – Chart      Canary – Inmate              Sick Call Request – Bi Lingual

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | |
|---|---|
| Date and Time Received | 10/10/2019 |
| Received By | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| KENNETH FISHER | 01-20-76 | 4-C-CELL | 1900002773 219611 | 10-10-19 |

**Complaint (Enfermedad)** I would like a flu shot please. Thank you and have a nice day

Inmate Signature (Recluso firma)

**TRIAGE — Action Taken:**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 10/10/2019 | 1600 | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

A:

P: ONCE WE START GIVING FLU SHOTS YOU WILL BE NOTIFIED.

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | 10/11/19 | 0400 |

**For Jail Use Only**

Jan 2019          White – Chart    Canary – Inmate          Sick Call Request – Bi Lingual

NNETH FISHER # 1900002773
JTA ANA JAIL ## 88    4C-02
BOX 22003
NTA ANA, CA 92702

7018 1830 0000 6911 8072

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 26 20

*Intake*

CLERK OF THE COURT
SANTA ANA COURT
411 W 4TH ST RM 1053
SANTA ANA, CA 92702

**LEGAL MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

LEGAL MAIL